In the Matter of the Application of DAVID L. FRANK
et al., Appellants, against THE BOARD OF EDUCATION
OF UNION FREE SCHOOL DISTRICT No. 6 OF THE
TOWN OF CORTLANDT, WESTCHESTER COUNTY, et al.,
Respondents.

*Certiorari — tax — certiorari proceeding to review school tax dismissed
on ground it was not instituted within time prescribed by section 1288
of Civil Practice Act.*

*Matter of Frank* v. *Board of Education*, 217 App. Div. 761, affirmed.
(Argued September 27, 1926; decided October 19, 1926.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered June 11, 1926, which dismissed an order of
certiorari to review the proceedings of defendants in
assessing and attempting to collect a tax for school
purposes in Union Free School District No. 6 of the
town of Cortlandt, Westchester county. The proceed-
ings were dismissed on the ground that they were not
instituted nor the order obtained or served within the
periods limited by section 1288 of the Civil Practice Act.

*Kenneth R. Thompson* for appellants.
*James Dempsey* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

---

WILLIAM J. SCHIEFFELIN, Respondent, *v.* CHARLES W.
BERRY, as Comptroller of the City of New York,
et al., Appellants.

*New York city — civil service — retirement system — local laws amend-
ing charter relative to retirement system invalid.*

*Schieffelin* v. *Berry*, 217 App. Div. 451, affirmed.
(Argued September 29, 1926; decided October 19, 1926.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-

ment, entered June 4, 1926, which affirmed an order of Special Term granting a motion for an injunction *pendente lite* in a taxpayer's action to enjoin the payment of a retirement allowance to defendant John F. Hylan.

The following questions were certified:

" 1. Does the complaint state facts sufficient to constitute a cause of action?

" 2. Had the municipal assembly of the city of New York the power to enact Local Law No. 10 of the year 1925?

" 3. Had the municipal assembly of the city of New York the power to enact Local Law No. 18 of the year 1925? "

*George P. Nicholson, Corporation Counsel (John F. O'Brien, William E. C. Mayer* and *Arthur Sweeny* of counsel), for Charles W. Berry, as comptroller, et al., appellants.

*John Lehman* for John F. Hylan, appellant.

*Leonard M. Wallstein* and *Ralph M. Frink* for respondent.

Order affirmed, with costs; first question certified answered in the affirmative; second and third in the negative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: POUND and CRANE, JJ.